UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-50112 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| DUSTIN DAY, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Dustin Day. On August 5, 2024, I agree I used my cellular phone connected to the internet, on the social media platform Reddit, to communicate with a person I believed to be a 15 year old female. I agree my cellular phone and the internet are facilities of interstate and foreign commerce. On that date, I attempted to knowingly initiate the transmission of the 15 year old female's name and identity during a conversation about arranging to pay for a sex act with the minor. Specifically, I sent the following messages to the person with whom I was communicating: "R u able to confirm your identity with me?" and "I gotta make sure you're really you before I decide if it's worth potentially getting scammed you feel me I can get 200[?]". When I did so, I intended to entice or solicit the minor to engage in sexual activity. I know now the person with

whom I was communicating was an undercover law enforcement officer. Had the sexual activity I discussed with the other person occurred with a real minor, I agree I could be charged with a violation of 18 U.S.C. § 1591(a)(1), Sex Trafficking of a Minor.

I further stipulate and agree that the following property was used in the commission of the offense described above: one Samsung Galaxy cellular phone, black in color (hereinafter referred to as "the property"). This is the phone seized from me upon my arrest on August 5, 2024. I am the sole owner of the property.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

9/2/2025

Date

HEATHER KNOX
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Heather.Knox@usdoj.gov

9/2/25
_____
Date

_____
DUSTIN DAY
Defendant

9·2·25
_____
Date

_____
ELLERY GREY
Attorney for Defendant

3